IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KATHY DYER and ROBERT DYER, § <br> Individually and as Representative of the § <br> Estate of Graham Dyer, § <br>     Plaintiffs, § <br> § <br> v. § <br> § <br> JACK FYALL, RICHARD HOUSTON, § <br> ALAN GAFFORD, ZACHARY SCOTT, § <br> WILLIAM HEIDELBURG, and BILL § <br> HEDGPETH, § <br>     Defendants. § | Cause No. 3:15-CV-02638-B |

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendants Fyall, Houston, Gafford, Scott, Heidelberg,[1] and Hedgpeth who make and file this Motion for Summary Judgment pursuant to F.R.C.P. 56 and pursuant to this Court's Orders of May 24th and August 02nd, 2017. This Motion is presented as both a traditional and as a no-evidence summary judgment motion. For same, Defendants respectfully state the following:

1. Defendants move for summary judgment on the Fourth Amendment force claim because the evidence in the record establishes that the claim against each individual Defendant is barred by qualified immunity. There is no evidence of causation of injury to decedent. There is no genuine issue of material fact on this claim or on those issues.

2. Defendants move for summary judgment on the 14th Amendment inattention to medical needs claim because the evidence in the record establishes that the claim against each

---

[1] Misnamed herein at "Heidelburg".

DEFENDANTS' MOTION FOR SUMMARY, No. 15-CV-02638-B    Page 1

individual Defendant is barred by qualified immunity.  There is no genuine issue of material fact on this claim or on that issue.

3. The matters set forth in Local Rule 56.3a are contained in Defendants' Brief in support hereof.

Respectfully submitted,

By: **/s/ Joe C. Tooley**
State Bar No. 20129750
510 Turtle Cove, Suite 112
Rockwall, Texas 75087
(972) 722-1058
(972) 722-1070 (Facsimile)
Joe@Tooleylaw.com

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel for Plaintiffs in accordance with the Federal Rules of Civil Procedure, as modified by this Court's ECF Orders, on this 05th day of September, 2017.

**/s/ Joe C. Tooley**