IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KATHY DYER and ROBERT DYER, Individually and as Representative of the Estate of Graham Dyer, <br><br>Plaintiffs, <br><br>v. <br><br>JACK FYALL, RICHARD HOUSTON, ALAN GAFFORD, ZACHARY SCOTT, WILLIAM HEIDELBERG, and BILL HEDGPETH, <br><br>Defendants. | § § § § § § § § § § § § § § § | Civil Action No. 3:15-CV-02638-B |

**PLAINTIFFS' APPENDIX TO RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

| DOCUMENT | APPENDIX NOS. |
|---|---|
| TAB 1  Deposition Excerpts of Gafford | 1-135 |
| TAB 2  Deposition Excerpts of Heidelberg | 136-192 |
| TAB 3  Deposition Excerpts of Scott | 193-224 |
| TAB 4  Deposition Excerpts of Fyall | 225-241 |
| TAB 5  Deposition Excerpts of Houston | 242-259 |
| TAB 6  Arrest Record | 260-269 |
| TAB 7  Investigation Report | 270-283 |
| TAB 8  Autopsy | 284-290 |
| TAB 9  Staton Affidavit | 291-299 |
| TAB 10  DVD- video of middle school | 300 |

TAB 11  DVD- video - Heidelberg                                301

TAB 12  DVD-video of Sally Port                                302

TAB 13  Medical Evaluation Form                                303

        Respectfully submitted,

/s/Susan E. Hutchison
SUSAN E. HUTCHISON
Texas Bar No. 10354100
sehservice@hsjustice.com

CHRISTOPHER E. STOY
Texas Bar No. 24075125
cstoy@hsjustice.com

J. ROBERT HUDSON, JR.
Texas Bar No. 24094736
jr@hsjustice.com

HUTCHISON & STOY, PLLC
505 Pecan St., Ste. 101
Fort Worth, Texas 76102
T: (817) 820-0100
F: (817) 820-0111

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

This is to certify that on this 26th day of October 2017, a true and correct copy of the above and foregoing document was served on the following attorneys of record via the Court's electronic service and/or first class, regular mail:

Joe C. Tooley
510 Turtle Cove, Suite 112
Rockwall, Texas 75087

        /s/*Susan E. Hutchison*
        SUSAN E. HUTCHISON

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KATHY DYER and ROBERT DYER, Individually and as Representative of the Estate of Graham Dyer, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:15-CV-02638-B |
| JACK FYALL, RICHARD HOUSTON, ALAN GAFFORD, ZACHARY SCOTT, WILLIAM HEIDELBERG, and BILL HEDGPETH, | § § § § § § | |
| Defendants. | § | |

### AFFIDAVIT OF SUSAN E. HUTCHISON

Before me, the undersigned authority, came on to be deposed and under oath stated as follows:

"My name is Susan E. Hutchison. I am over the age of twenty-one (21) and am in all respects qualified to make this Affidavit. The information contained herein is within my personal knowledge and is true and correct.

"I am the attorney representing Kathy Dyer and Robert Dyer, Individually and as Representative of the Estate of Graham Dyer. I am familiar with the documents included in the Appendix to Kathy and Robert Dyer's Response in Opposition to Defendants' Motion for Summary Judgment numbered 1-338, and all are true and correct copies of the originals. Furthermore, all of the documents included in the Appendix are incorporated by reference into the above-mentioned Response to the Motion for Summary Judgment."

Further Affiant sayeth not.

_____
SUSAN E. HUTCHISON

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public, to certify which witness my hand and official seal on the 26th day of October 2017.

_____
NOTARY PUBLIC, STATE OF TEXAS



JULIE KRISTI JONES
My Notary ID # 6263526
Expires February 17, 2021