| | | |
|---|---|---|
| Printed by: mbradford<br>Printed date/time: 10/20/15 14:01 | **Arrest Report** | Page 1 of 10 |

MESQUITE POLICE DEPARTMENT
P.O. BOX 850137
MESQUITE, TEXAS 75185-0137
(972) 285-6336

Arrest Number: LPD130813085632

Arrest Date/Time: 08/13/2013 22:55        Arresting Officer 1: HEIDELBERG, W.M.
Arresting Officer 2: SCOTT, Z.H.           Arrest Location: 2100 CRESTPARK

## Persons Involved

Person # 0001    MNI: 1278876
Event Association: ARRESTEE                                Contact Date/Time: 8/13/2013 22:55:00
Name: DYER, GRAHAM EDWARD                                  Juvenile: No

NCIC#:                                                     NCIC Notified Date:
NCIC Reported By:                                          NCIC Cancelled Date:
Sex: MALE              DOB: 08/20/1994    Age: 18 - 18     Race: WHITE/CAUCASIAN
Hair Color: BROWN      Eye Color: BLUE    Height: 5' 6" - 5' 6"   Weight: 130 - 130 lbs
Marital Status:
Address: 150 PR 32055, BROOKSTONE, TEXAS 75241
Phone Type 1:          Phone# 1:          Ext 1:
Phone Type 2:          Phone# 2:          Ext 2:
Occupation:            Emp./School:
City of Birth:         State of Birth:
Country of Birth:      Citizenship:

         Thumb:  Index:  Middle:  Ring:  Little:
Right Fingerprint:
Left Fingerprint:

## Offenses

Statute Code: 13990063       Statute Description: ASSAULT PUBLIC SERVANT
Counts: 1                    Statute Severity: FELONY - 3RD DEGREE
Common Code: PC 22.01 (B)(1)         Attempted: No    Conspired: No    Solicited: No
License Points:                      Fine Amount: $0.00
Bond Type:                           Bond Amount: $0.00
Bond Comment: MPD NEW CHARGE/DISMISSED FOR MEDICAL REASONS PER LT DOTSON

Statute Code: 48010006       Statute Description: RESIST ARREST SEARCH OR TRANSPORT
Counts: 1                    Statute Severity: CLASS A MISDEMEANOR
Common Code: PC 38.03(A)             Attempted: No    Conspired: No    Solicited: No
License Points:                      Fine Amount: $0.00
Bond Type:                           Bond Amount: $0.00
Bond Comment: MPD NEW CHARGE/DISMISSED FOR MEDICAL REASONS PER LT DOTSON

Printed by: mbradford  
Printed date/time: 10/20/15 14:01

# Arrest Report

Page 2 of 10

**MESQUITE POLICE DEPARTMENT**  
P.O. BOX 850137  
MESQUITE, TEXAS 75185-0137  
(972) 285-6336

Arrest Number: LPD130813085632

| | |
|---|---|
| Arrest Date/Time: 08/13/2013 22:55 | Arresting Officer 1: HEIDELBERG, W.M. |
| Arresting Officer 2: SCOTT, Z.H. | Arrest Location: 2100 CRESTPARK |

## Persons Involved

### Offenses

Statute Code: 00008021  
Statute Description: PUBLIC INTOXICATION-SUBSTANCE  
Counts: 1  
Statute Severity: CLASS C MISDEMEANOR-MUNICIPAL  
Common Code: PC 49.02  
Attempted: No   Conspired: No   Solicited: No  
License Points:  
Fine Amount: $0.00  
Bond Type:  
Bond Amount: $314.00  
Bond Comment: MPD NEW CHARGE/DISMISSED FOR MEDICAL REASONS PER LT DOTSON

### Names
DYER, GRAHAM EDWARD

### Addresses
Association: HOME ADDRESS  
Premise Type:  
Address: 150 PR 32055   Building:   Apartment/Suite:  
City: BROOKSTONE   County:   State: TEXAS   Postal Code: 75241

### Birth Dates
08/20/1994

### IDs
| ID Type: | ID Number: | State: |
|---|---|---|
| DRIVERS LICENSE | 29430396 | TEXAS |
| BOOKING NUMBER | 00341914 | |

### Booking
Booking Date/Time: 8/13/2013 23:27:00   Booking#: 00341914  
Booking Code: ADULT BOOKED IN   Booking Location: JAIL  
Holding Location: JAIL CELL - ADULT   Disposition: HELD  
Search prior to arrest: No   Non-consensual search: No   Fingerprints: No   Photo: No   Race known: No  
Booking Comments:

### Release
Release Date/Time: 08/14/2013 09:21   Release Type: DISMISSED  
Release By: DOTSON, M.E.  
Release To:   Release To (Title):  
Court Appearance Date/Time:   Victim Notified: No   NCIC Checked: No  
Appearance Court:   Appearance Judge:  
Release Comments: Transferred to Baylor Hospital

| | | |
|---|---|---|
| Printed by: mbradford<br>Printed date/time: 10/20/15 14:01 | **Arrest Report** | Page 3 of 10 |

**MESQUITE POLICE DEPARTMENT**
P.O. BOX 850137
MESQUITE, TEXAS 75185-0137
(972) 285-6336

Arrest Number: LPD130813085632

| | |
|---|---|
| Arrest Date/Time: 08/13/2013 22:55 | Arresting Officer 1: HEIDELBERG, W.M. |
| Arresting Officer 2: SCOTT, Z.H. | Arrest Location: 2100 CRESTPARK |

## Persons Involved

Person #: 0002    MNI: 1278878
Event Association: ARRESTEE                    Contact Date/Time: 8/13/2013 22:42:00
Name: CARPENTER, JOSEF                         Juvenile: No

NCIC#:                                          NCIC Notified Date:
NCIC Reported By:                               NCIC Cancelled Date:
Sex: MALE           DOB: 12/29/1993            Age: 19 - 19            Race: WHITE/CAUCASIAN
Hair Color: BROWN   Eye Color: BROWN           Height: 5' 10" - 5' 10  Weight: 190 - 190 lbs
Marital Status:
Address: UNKNOWN,
Phone Type 1:       Phone# 1:                  Ext 1:
Phone Type 2:       Phone# 2:                  Ext 2:
Occupation:         Emp./School:
City of Birth:      State of Birth:
Country of Birth:   Citizenship:

              Thumb:  Index:  Middle:  Ring:  Little:
Right Fingerprint:
Left Fingerprint:

## Offenses

Statute Code: 00008021      Statute Description: PUBLIC INTOXICATION-SUBSTANCE
Counts: 1                   Statute Severity:    CLASS C MISDEMEANOR-MUNICIPAL
Common Code: PC 49.02                           Attempted: No   Conspired: No   Solicited: No
License Points:                                 Fine Amount: $200.00
Bond Type:                                      Bond Amount: $314.00
Bond Comment: NEW MPD CHARGE-ACID/BATH SALTS

## Names
CARPENTER, JOSEF

## Addresses
Association:
Premise Type:
Address: UNKNOWN                                Building:              Apartment/Suite:
City:                    County:                State:                 Postal Code:

## Birth Dates
12/29/1993

## IDs
| ID Type: | ID Number: | State: |
|---|---|---|
| DRIVERS LICENSE | 35719442 | TEXAS |
| BOOKING NUMBER | 00341915 | |

Printed by: mbradford
Printed date/time: 10/20/15 14:01

# Arrest Report

Page 4 of 10

**MESQUITE POLICE DEPARTMENT**
P.O. BOX 850137
MESQUITE, TEXAS 75185-0137
(972) 285-6336

**Arrest Number: LPD130813085632**

| | |
|---|---|
| Arrest Date/Time: 08/13/2013 22:55 | Arresting Officer 1: HEIDELBERG, W.M. |
| Arresting Officer 2: SCOTT, Z.H. | Arrest Location: 2100 CRESTPARK |

## Persons Involved

### Booking

| | |
|---|---|
| Booking Date/Time: 8/13/2013 23:33:00 | Booking#: 00341915 |
| Booking Code: ADULT BOOKED IN | Booking Location: JAIL |
| Holding Location: JAIL CELL - ADULT | Disposition: HELD |
| Search prior to arrest: No   Non-consensual search: No | Fingerprints: Yes   Photo: Yes   Race known: No |
| Booking Comments: | |

### Release

| | |
|---|---|
| Release Date/Time: 08/14/2013 09:00 | Release Type: SERVED / WORKED |
| Release By: GREEN, S.P. | |
| Release To: | Release To (Title): |
| Court Appearance Date/Time: | Victim Notified: No   NCIC Checked: Yes |
| Appearance Court: | Appearance Judge: |
| Release Comments: | |

| Printed by: mbradford | **Arrest Report** | Page 5 of 10 |
|---|---|---|
| Printed date/time: 10/20/15 14:01 | | |

MESQUITE POLICE DEPARTMENT
P.O. BOX 850137
MESQUITE, TEXAS 75185-0137
(972) 285-6336

Arrest Number: LPD130813085632

| Arrest Date/Time: 08/13/2013 22:55 | Arresting Officer 1: HEIDELBERG, W.M. |
|---|---|
| Arresting Officer 2: SCOTT, Z.H. | Arrest Location: 2100 CRESTPARK |

## Persons Involved

Person #: 0003   MNI: 1127600
Event Association: VICTIM/COMPLAINANT         Contact Date/Time:
Name: FYALL MPD 0961, J P                     Juvenile: No

NCIC#:                                        NCIC Notified Date:
NCIC Reported By:                             NCIC Cancelled Date:
Sex: MALE         DOB:                Age: -         Race: WHITE/CAUCASIAN
Hair Color:       Eye Color:          Height:        Weight:
Marital Status:
Address: 777 N GALLOWAY, MESQUITE, DALLAS COUNTY TEXAS 75149
Phone Type 1: BUSINESS    Phone# 1: (972) 216-6759   Ext 1:
Phone Type 2:             Phone# 2:                  Ext 2:
Occupation: POLICE OFFICER   Emp./School: CITY OF MESQUITE
City of Birth:            State of Birth:
Country of Birth:         Citizenship:

          Thumb:  Index:  Middle:  Ring:  Little:
Right Fingerprint:
Left Fingerprint:

### Names
FYALL MPD 0961, J P

### Addresses
Association: BUSINESS ADDRESS
Premise Type: NON-RESIDENCE
Address: 777 N GALLOWAY              Building:          Apartment/Suite:
City: MESQUITE      County: DALLAS   State: TEXAS       Postal Code: 75149

### Birth Dates
02/28/1981

### IDs
| ID Type: | ID Number: | State: |
|---|---|---|
| DRIVERS LICENSE | 25230236 | TEXAS |

### Phone Numbers
| Phone Type: | Phone Number: | Extension: |
|---|---|---|
| BUSINESS | (972) 216-6759 | |

| | | |
|---|---|---|
| Printed by: mbradford<br>Printed date/time: 10/20/15 14:01 | **Arrest Report** | Page 6 of 10 |
| MESQUITE POLICE DEPARTMENT<br>P.O. BOX 850137<br>MESQUITE, TEXAS 75185-0137<br>(972) 285-6336 | | Arrest Number: LPD130813085632 |
| Arrest Date/Time: 08/13/2013 22:55<br>Arresting Officer 2: SCOTT, Z.H. | | Arresting Officer 1: HEIDELBERG, W.M.<br>Arrest Location: 2100 CRESTPARK |

### Narratives

ENTERED DATE/TIME: 8/13/2013 23:35:10

NARRATIVE TYPE: ARREST NARRATIVE

SUBJECT: 13085632

AUTHOR: HEIDELBERG, M.

On 08132013 at approximately 2342 hours, Officers Heidelberg 952 and Scott 1040 were dispatched to Wilkinson Middle School, 2100 Crest Park Dr., Mesquite, Dallas County, TX 75149 reference a disturbance in progress. The caller advised white male was rolling around in the grass in front of the school, screaming. The caller further advised there was a second white male subject that left the first subject on the ground.

Officer Gafford 767 was in the area when the call was dispatched. Officer Gafford arrived at the location on the southeast corner of the school. Officer Gafford shined the spotlight of his marked patrol unit toward the building and observed a white male in the bushes. Officer Gafford exited his marked patrol unit to contact the subject. As Officer Gafford walked toward the subject, the subject appeared to tense up and began moving toward Officer Gafford in an aggressive manner. The subject continued toward Officer Gafford. Officer Gafford observed that the subject did not appear to have control of his mental and physical faculties. Officer Gafford also observed the subject's left side of his forehead was swollen and bleeding. Officer Gafford gave the subject verbal commands to lay down on the ground. The subject refused and continued toward Officer Gafford. Officer Gafford then attempted to deploy his department issued Taser X2. The cartridge failed to deploy, but did began to arc. Officer Gafford then observed the subject stop and lay down on the ground. Officer Gafford continued moving toward the subject. After the initial arc stopped, the subject then began to stand up. Officer Gafford was able to detain the subject on the ground.

Sgt. Houston 821 was also in the area and arrived on scene as Officer Gafford approached the subject. Sgt. Houston assisted Officer Gafford and was able to place hand restraints on

D00022-Dyer

Appx 265

| | | |
|---|---|---|
| Printed by: mbradford<br>Printed date/time: 10/20/15 14:01 | **Arrest Report** | Page 7 of 10 |

MESQUITE POLICE DEPARTMENT
P.O. BOX 850137
MESQUITE, TEXAS 75185-0137
(972) 285-6336

Arrest Number: LPD130813085632

Arrest Date/Time: 08/13/2013 22:55          Arresting Officer 1: HEIDELBERG, W.M.
Arresting Officer 2: SCOTT, Z.H.            Arrest Location: 2100 CRESTPARK

the subject and detain him on the ground until other responding officers arrived on scene.

Officers Heidelberg, Scott, and Fyall arrived on scene. Officers observed one male subject detained on the grass in front of the school. Officers assisted in detaining the subject. Officers then requested an ambulance to the location to check on the subject.

Officer Scott located a wallet in the subject shorts pocket. The subject was identified by TX DL# 29430396 as Dyer, Graham Edward (W/M 08201994).

While waiting on the ambulance to arrive, Dyer continued to scream uncontrollably and began to slam his head onto the ground multiple times. Officers had to gain control of his head to prevent any further injury. As officers waited on the ambulance to arrive on scene, a second subject approached the scene from the back side of the school. Officer gave the subject verbal commands to sit down on the ground. The subject complied. Officers further observed the second subject also appeared to not have control of his mental and physical faculties. Sgt. Houston contacted the subject and placed him in hand restraints. Once detained, the subject identified himself as Carpenter, Josef (W/M 12291993).

Carpenter advised he was friends with Dyer. Officers asked Carpenter what they had taken. Carpenter advised officers that both he and Dyer had taken acid.

Mesquite Fire Department Ambulance A5 arrived on scene to check on both Dyer and Carpenter. Both Dyer and Carpenter were medically cleared to be transported to the Mesquite Jail.

Officers believed Dyer and Carpenter to be intoxicated to a degree that they both posed a danger to themselves and/or others if not immediately taken into custody.

Printed by: mbradford
Printed date/time: 10/20/15 14:01

**Arrest Report**

Page 8 of 10

MESQUITE POLICE DEPARTMENT
P.O. BOX 850137
MESQUITE, TEXAS 75185-0137
(972) 285-6336

Arrest Number: LPD130813085632

| Arrest Date/Time: 08/13/2013 22:55 | Arresting Officer 1: HEIDELBERG, W.M. |
| Arresting Officer 2: SCOTT, Z.H. | Arrest Location: 2100 CRESTPARK |

Officers placed Carpenter in the back seat of Officer Scott's marked patrol unit (240).

Officer then attempted to place Dyer in the back seat of Officer Heidelberg's marked patrol unit (P134). Dyer could not calm down and walk to the patrol unit, therefore officers had to carry Dyer to the patrol unit. Once at the back seat of the patrol unit, Officers Heidelberg, Scott, Fyall, and Gafford attempted to place Dyer in the back seat. As officers had Dyer leaned against the vehicle, Dyer attempted to slam his head against the trunk of the patrol unit multiple times. Officer Fyall placed his left forearm across the right side of Dyer's face, and held Dyer's head against the trunk of the patrol unit to prevent him from further injuring himself. At this point, Dyer opened his mouth and bit down on Officer Fyall's left ring finger, just above his first knuckle, breaking the skin and causing Officer Fyall's finger to bleed.

Once officers were able to gain physical control of Dyer, he was placed in the back seat of the patrol unit. While sitting in the seat with his legs out of the vehicle, he raised his legs and kicked Officer Fyall in the chest. Officer Scott gained control of Dyer from the opposite side of the patrol unit and pulled him into the back seat of the patrol unit. As Dyer laid across the back seat, he again began kicking his legs and feet at Officer Fyall. Officer Fyall deployed his department issued Taser X2 and delivered a drive stun to Dyer's outside right calf for approximately five seconds. Sgt. Houston retrieved a set of nylon leg restraints and officer were able to secure him in the back seat of the patrol unit.

Officer Heidelberg left the scene and began transporting Dyer to the Mesquite Jail. Officer Scott transported Carpenter to the Mesquite Jail. Officer Gafford followed officers to the jail.

While en route to the jail, Dyer began slamming his head repeatedly into the cage of the patrol unit. Officer Heidelberg had to stop in the 1500 block of N. Galloway Ave. and restrain Dyer with the assistance of Officers Scott and Gafford. Officer Heidelberg then continued to the Mesquite Jail.

| | | |
|---|---|---|
| Printed by: mbradford<br>Printed date/time: 10/20/15 14:01 | **Arrest Report** | Page 9 of 10 |
| MESQUITE POLICE DEPARTMENT<br>P.O. BOX 850137<br>MESQUITE, TEXAS 75185-0137<br>(972) 285-6336 | | Arrest Number: LPD130813085632 |

| | |
|---|---|
| Arrest Date/Time:   08/13/2013 22:55 | Arresting Officer 1:   HEIDELBERG, W.M. |
| Arresting Officer 2:   SCOTT, Z.H. | Arrest Location:   2100 CRESTPARK |

Once in the sally port, it took multiple officers and detention officers to remove Dyer from the back seat of the patrol unit, escort him inside the jail, and placed him in a restraint chair and padded cell for his safety.

Carpenter is charged with Public Intoxication - Substance.

Dyer is charged with Assault Public Servant, Resist Arrest, Search, or Transport, and Public Intoxication - Substance.

An injury report was documented for Office Fyall's finger and photographs were taken and logged into Mesquite Crime Scene as evidence.

Arrest report amended by Lt Dotson on August 14, 2013 at 0915 hours. The charges of assault public servant, resisting arrest search or transport, and public intoxication, on Dryer, Graham Edward w/m 08/20/1994 are being dismissed for medical reasons per Lt Dotson.

NARRATIVE AMENDED
E. ONORATO 1058 08/15/2013

In reference to Dyer, Graham, the defendant has passed away on 8/15/2013, all charges will be dismissed. A CJIS will be sent to the state to reflect the changes to the charges.

### Officers

| Event Association | Emp# | Badge# | Name | Squad# |
|---|---|---|---|---|
| ARRESTING OFFICER | 1040 | 1040 | SCOTT, Z.H. | |
| ARRESTING OFFICER | 0952 | 0952 | HEIDELBERG, W.M. | B |
| ASSISTING OFFICER | 0961 | 0961 | FYALL, J. | B |
| ASSISTING OFFICER | 0821 | 0821 | HOUSTON II, R.L. | I |

D00025-Dyer

Printed by: mbradford
Printed date/time: 10/20/15 14:01

# Arrest Report

Page 10 of 10

**MESQUITE POLICE DEPARTMENT**
P.O. BOX 850137
MESQUITE, TEXAS 75185-0137
(972) 285-6336

**Arrest Number: LPD130813085632**

| Arrest Date/Time: | 08/13/2013 22:55 | Arresting Officer 1: | HEIDELBERG, W.M. |
| --- | --- | --- | --- |
| Arresting Officer 2: | SCOTT, Z.H. | Arrest Location: | 2100 CRESTPARK |

## Officers

| Event Association | Emp# | Badge# | Name | Squad# |
| --- | --- | --- | --- | --- |
| ARREST AUTHORITY | 0797 | 0797 | CALDWELL, G.T. | |
| ASSISTING OFFICER | 0767 | 0767 | GAFFORD, A.R. | |

## Signatures

_____
Arrestee

_____
Arresting Officer

_____
Booking Officer / Jail Supervisor

D00026-Dyer

Appx 269