Mesquite Police Department
Investigative Summary
Prepared by J.J. Corder #718

In-custody death                                            August 12, 2013
13085632                                                    2100 Crest park

Persons Involved:

Deceased:

Dyer, Graham Edward W/M 08/20/95
150 PR 32055
Brookston, Lamar County, Texas 75421

- Reported to have taken 4 hits of LSD
- Walked from 2115 Lee Street with friends
- Fell or was tackled about four times by friend's while running in the road
- Reportedly struck his head on curb and a guardrail
- Ended up at 2100 Crest Park yelling and causing a reported disturbance
- Confronted by Officer Gafford
- Disregarded commands by Officer Gafford to stop approaching
- Rolled around on the ground and slammed his head on the ground and back of car at the scene
- Bit Officer Fyall's left ring finger while handcuffed outside the car
- Punched three times in the middle back during the biting incident
- Tased by Officer Fyall on the upper right calf
- Inside the car repeatedly slammed his head into the side window, cage and seat back
- At a stop during transport was tased by Officer Gafford three times (twice in the right hamstring/buttock area and once in the upper, inner thigh/crotch area)
- Continued to slam his head on seatback, cage and window for the remainder of the trip to the jail
- Placed in a restraint chair at the jail until Sgt. Caldwell found him to have labored breathing
- Transported to Baylor Hospital where he was pronounced dead late August 13, 2013

Responding officers:

Alan Gafford #767
Police Officer
Mesquite Police Department
972-216-6759

- On duty patrol officer in full uniform
- Driving unit 237 equipped with emergency lights and siren
- Dispatched to a disturbance at Wilkinson Middle School
- Was parked in the south parking lot of Wilkinson Middle School working on a report
- Drove toward the front of the school with his window down and heard yelling
- Exited his patrol car and saw Dyer approaching him in an aggressive manner
- Ordered Dyer to stop, then attempted to deploy probes from the Taser (Taser fails)
- Sgt. Houston arriving and trying to handcuff Dyer, Dyer getting up
- Attempting a second time to deploy Taser probes with a second failure
- Observed a bleeding contusion on Dyer's head
- Assisted other officers in placing Dyer in Officer Heidelberg's car
- Followed the transport officer
- Stopped to assist Officer Heidelberg
- Drive stunned Dyer three times trying to deter him from injuring himself and officers
- Continued following Officer Heidelberg to the jail
- Assisted other officers and jailers in securing Dyer in restraint chair in the jail

**Richard Houston #821**
**Patrol Sergeant**
**Mesquite Police Department**
**972-216-6759**

- On duty patrol sergeant dressed in full police uniform
- Driving unit 227 equipped with emergency lights and siren
- Heard the call come out
- First officer on scene to assist Officer Gafford
- Handcuffed Dyer
- Called for paramedics after contact with Dyer
- Witnesses Dyer slamming his head into the ground (grass)
- Held Dyer's head down with his foot
- Contacted second subject named Josef Carpenter and handcuffed him
- Provided leg restraints for officers to restrain Dyer
- Stayed with Officer Fyall after he had been bitten by Dyer
- Photographed Officer Fyall's injured finger
- Observed the trouble officers had getting Dyer into the transport car
- Met officers at the jail and watched them place him in the restraint chair

**Matt Heidelberg #952**
**Police Officer**
**Mesquite Police Department**
**972-216-6759**

- On duty patrol officer in full uniform
- Driving unit 134 equipped with emergency lights and siren

- Dispatched to a disturbance at Wilkinson Middle School
- Restrained Dyer on the ground while waiting on paramedics
- Assisted in the physical transport of Dyer to the car
- Transported Dyer to the jail
- Stopped the car while en route to try and stop Dyer from hitting his head
- Tried to restrain Dyer's feet
- Continued the transport to the jail
- Assisted detention officers in placing Dyer in the restraint chair

**Zach Scott #1040**
**Police Officer**
**Mesquite Police Department**
**972-216-6759**

- On duty patrol officer in full uniform
- Driving unit 240 equipped with emergency lights and siren
- Dispatched to a disturbance at Wilkinson Middle School
- Restrained Dyer on the ground while waiting on paramedics
- Assisted in the physical transport of Dyer to the car
- Held Dyer's hair and head from the back driver's side
- Transported Carpenter to the jail
- Stopped behind Officers Heidelberg and Gafford on Galloway
- Held Dyer's hair/head again while Officers Gafford and Heidelberg were on the passenger side
- Continued to the jail transporting Carpenter
- Assisted detention officers in placing Dyer in the restraint chair

**Jack Fyall #961**
**Police Officer**
**Mesquite Police Department**
**972-216-6759**

- On duty patrol officer in full uniform
- Driving unit 138 equipped with emergency lights and siren
- Heard Officer Gafford mark out on Dyer over the radio
- Arrived to assist in moving Dyer to Officer Heidelberg's car
- Was bitten by Dyer
- Punched Dyer in the back to get him to release the bite
- Tased Dyer on the leg
- Helped secure Dyer in the back of the car
- Received medical attention for the bite

**Geoffrey Caldwell #797**
**Jail Sergeant**
**Mesquite Police Department**

972-216-6651

- On duty jail sergeant in police uniform
- Notified officers were en route to the jail and needed jailer assistance
- Saw Dyer's face bleeding
- Informed by transport officers Dyer had been medically cleared at the scene
- Oversaw Dyer being carried to the padded jail cell and placed in the restraint chair
- Made physical periodic checks on Dyer
- Called for paramedics

**Matt McCloud #941**
**Police Officer**
**Mesquite Police Department**
**972-216-6759**

- On duty patrol officer in full uniform
- In the jail working on a separate arrest
- Heard radio traffic about help needed in the sally port for combative prisoner
- Assisted other officers in carrying Dyer to the restraint chair
- Was spit on by Dyer while placing him in the restraint chair
- Delivered a short jab to Dyer's mouth after being spit on and ordered him to stop
- Completed securing Dyer and informed Sgt. Caldwell he had hit Dyer

**Regina Garrett #742**
**Detention Officer**
**Mesquite Police Department**
**972-216-6651**

- On duty detention officer in uniform
- Was present when Dyer was brought into the jail
- Logged in what property he had in his possession

**William Ventura #1032**
**Detention Officer**
**Mesquite Police Department**
**972-216-6651**

- On duty detention officer in uniform
- Working in the jail and notified of a combative prisoner
- Assisted in securing Dyer in the restraint chair
- Saw Dyer break a leg restraint while in the chair
- Retrieved another leg restraint and replaced the broken one
- Was present when paramedics removed Dyer from the jail

**Kristopher Stewart #1064**

**Detention Officer**
**Mesquite Police Department**
972-216-6651

- On duty detention officer in uniform
- Working in the jail and notified of a combative prisoner
- Assisted in taking Dyer to the male padded cell
- Assisted in securing Dyer in the restraint chair
- Was present when paramedics transported Dyer from the jail

**Raymond Witt #1084**
**Detention Officer**
**Mesquite Police Department**
972-216-6651

- On duty detention officer in uniform
- Working the front desk
- Called to the jail to assist when Dyer brought in
- Assisted in taking Dyer to the male padded cell
- Assumed front desk duties after Dyer was secured

Witnesses:

**Maria Martin W/F 03/26/49**
**8729 Woodcastle**
**Dallas, Texas 75217**

- Works as night custodian at Wilkinson Middle School
- Called 9-1-1
- Heard Dyer yelling and saw him running
- Saw Dyer fall several times and roll around on the ground
- Saw Dyer leaning over the bike racks and fall at least two times
- Saw Dyer run toward the 8th grade doors then heard banging
- Watched Officer Gafford contact Dyer
- Saw Officer Gafford use the Taser
- Watched the ambulance personnel tend to Dyer
- Watched officers struggle to get Dyer into the patrol car

**Josef Carpenter W/M 12/29/93**
**1027 Arborside Drive**
**Mesquite, Dallas County, Texas 75150**
214-586-3760

- Friend of Dyers from college
- Dyer lived with his cousin

- Watched Dyer ingest four hits of LSD
- Was with Dyer, Ben Stowater, Tyler Wilson and Halie McDonald
- Saw Dyer fall multiple times (3-4) on the walk toward Sonic
- Heard him yelling and acting "crazy"
- Described Dyer as "losing his mind"
- Ran off leaving Dyer alone at the school
- Came back to the front of the school and found Dyer with officers
- Was arrested for public intoxication

**Tyler Wilson W/M 03/14/95**
**1206 Richard Street**
**Mesquite, Dallas County, Texas 75149**
**No phone**

- Was present when Stowater pulled the LSD out of his wallet
- Watched Stowater give Dyer four hits of the drug
- Took two hits of LSD himself
- Was with Dyer as they walked to Sonic
- Described Dyer as "getting out of control"
- Pulled him out of the road/traffic on Galloway
- Tackled him over a guardrail to prevent him from running into the street
- Said Dyer hit his head on the ground
- Left Dyer and Carpenter at Wilkinson Middle School

**Halie McDonald W/F 06/07/96**
**2115 Lee Street**
**Mesquite, Dallas County, Texas 75149**
**972-404-6532**

- Dyer had lived at her house prior to his death
- Was called into Dyer's room and watched Stowater pull LSD out of his wallet
- Asked Stowater where he got the drugs
- Stowater told her sells it to his friends
- Was with Dyer and the others as they walked to Sonic
- Watched him hit his head on a curb
- Said Dyer laid on the sidewalk for about 15 minutes after hitting his head
- Saw Dyer fall and was possibly bleeding from his lip
- Left Dyer and Carpenter at Wilkinson Middle School and went home

**Benjamin Stowater W/M 04/20/94**
**2110 CR 2314**
**Sulphur Springs, Hopkins County, Texas 75482**
**903-335-6199**

- Was with Dyer the night of his arrest

- Walked with Dyer to Sonic
- Saw him running around and heard him yelling
- Watched him fall 3-4 times and hit his head
- Saw him hit his head on a guardrail and the asphalt
- Refused to answer any question about being intoxicated
- Refused to answer any question about drugs
- Left Dyer and Carpenter at the school
- Left as soon as he, Wilson and McDonald got back to 2115 Lee Street

Responding paramedics/fire fighters

**Joe Baker #10291**
**Paramedic/Firefighter Station 5**
**Mesquite Fire Department**
**972-285-4237**

- Paramedic dressed in fire department uniform
- On duty at Mesquite Fire Station 5
- Part of the first crew summoned to evaluate Dyer/Carpenter
- Reported Dyer's pulse was elevated and pupils were dilated
- Believed Dyer was under the influence of drugs
- Saw Dyer hitting his head on the ground
- Witnessed "4-5 officers using reasonable force to get the subject into a squad car"

**Paul Polish #10240**
**Paramedic/Firefighter Station 5**
**Mesquite Fire Department**
**972-285-4237**

- Paramedic dressed in fire department uniform
- On duty at Mesquite Fire Station 5
- Part of the first crew summoned to evaluate Dyer/Carpenter
- Reported the only vitals they could get was heart rate
- Saw Dyer hitting his head on the ground
- Believed Dyer was intoxicated on some type of chemical
- Saw no obvious signs of life threatening injuries
- Released Dyer medically and advised he could be transported to the jail

**Jonathan Herb #11104**
**Paramedic/Firefighter Station 5**
**Mesquite Fire Department**
**972-285-4237**

- Firefighter/Paramedic dressed in fire department uniform
- On duty at Mesquite Fire Station 5

- Outside cleaning a grill
- Saw Dyer's group walking near the station
- Described a male with long hair run into the road
- Saw another male pull the long haired male (Dyer) out of traffic
- The second male held him until they could calm him down
- The group continued after they calmed Dyer down

**Robert B. Turner #8587**
**Paramedic/Firefighter Station 1**
**Mesquite Fire Department**
**972-285-0746**

- Firefighter/Paramedic dressed in fire department uniform
- On duty at Mesquite Fire Station 1
- Responded to the Mesquite jail for a difficulty breathing
- Noted Dyer was moaning loudly
- Vitals were within normal limits
- Both pupils were dilated
- Right eye was non reactive
- Left eye moved independent of the right eye
- Was responsive to pain
- Transported Dyer to Baylor Hospital

**Elliot Howard #9988**
**Paramedic/Firefighter Station 1**
**Mesquite Fire Department**
**972-285-0746**

- Firefighter/Paramedic dressed in fire department uniform
- On duty at Mesquite Fire Station 1
- Responded to the Mesquite jail for a difficulty breathing
- Noted several lacerations on Dyer's head (none bleeding)
- Not responsive to verbal stimuli
- Breathing irregularly
- Eyes did not respond to or track the flashlight
- Pupils were uneven with right eye remaining fixed
- Left eye moved left then back to the center
- Vital signs within normal limits
- Believed there was a possibility of a brain bleed or inter-cranial pressure
- Transported Dyer to Baylor

**Travis Block #10368**
**Paramedic/Firefighter Station 1**
**Mesquite Fire Department**
**972-285-0746**

- Firefighter/Paramedic dressed in fire department uniform
- On duty at Mesquite Fire Station 1
- Responded to the Mesquite jail for a difficulty breathing
- Noticed several lacerations on Dyer's body and face
- Vital signs were normal
- Breathing was slightly slower than normal
- Drove the ambulance to Baylor Hospital

**Reade Quinton**
**Medical Doctor**
**Southwestern Institute of Forensic Sciences**
**Medical Examiner**

- Performed Dyer's autopsy

On Tuesday, August 13, 2013, officers were dispatched to 2100 Crest Park (Wilkinson Middle School) in Mesquite at about 2242 hours after witness Maria Martin, a night custodian at the school, called to report a disturbance. She was outside getting ready to leave for the night and heard someone yelling and saw three people walking from Crest Park onto the school grounds.

At one point she said one of the males was rolling on the ground screaming and a second male was standing over him. While on the phone, Martin told the Mesquite Police Department dispatcher she could still see the male on the ground as he continued to yell. This yelling can be heard on the 9-1-1 recording. Martin said the male would roll around on the ground then get up and start running then roll around on the ground more all while continuing to yell and scream.

Officer Gafford heard the call and was parked at the rear of Wilkinson Middle School working on a report so he advised dispatch he would be out at the location. He pulled up on the southeast side of the building and stopped between the building and the tennis courts and turned on his spotlight, shining it across the front of the school. Officer Gafford saw what he believed to be a person lying in the fetal position at the base of the bushes and heard someone screaming. He exited his car and the person, later identified as Graham Dyer, got up and started walking at a brisk pace toward Officer Gafford in an aggressive manner while still yelling. Dyer had his fists clenched and was pumping his arms while still screaming. Officer Gafford gave Dyer multiple verbal commands to stop but Dyer continued walking toward the officer. At this point Officer Gafford, in fear for his safety, drew his department issued Taser while continuing to give commands for Dyer to stop, which were being ignored.

Officer Gafford pulled the trigger on the Taser expecting it to deploy, instead the weapon arced across the front but the prongs failed to deploy. Dyer fell to the ground and started rolling again and continued screaming. Officer Gafford said he never saw the prongs deploy and was unsure if Dyer had been tased because he could not see the wires. Sgt. Houston arrived on scene at this time and started to place handcuffs on Dyer but he started to get off the ground so Officer

Gafford once again pulled the trigger to tase Dyer. Once again the Taser failed to deploy prongs and only arced again. Sgt. Houston was able to place handcuffs on Dyer at that point.

While lying on the ground, Dyer can be seen on Mesquite ISD video footage still trying to roll around on the ground and the officers' body microphones picked up Dyer's screaming. Once Dyer is in custody, Officers Scott, Heidelberg and Fyall arrive and try to hold Dyer in place to stop him from hurting himself as he is seen arching his chest and head up and slamming his face and head into the ground. Sgt. Houston called for an ambulance to evaluate Dyer when a second male, identified as Josef Carpenter W/M 12/29/93, walked up on them from the south side of the building. Carpenter exhibited some of the same signs as Dyer as he was observed screaming uncontrollably and tensing his body. Carpenter was detained in handcuffs when he walked up on officers and eventually arrested for public intoxication and transported to the Mesquite City Jail.

Mesquite Fire Department paramedics J. Baker and P. Polish from Ambulance 5 arrived and checked both subjects out and cleared them for transport to the jail. Officer Gafford's in-car audio picked up Officer Gafford saying that when Dyer first approached him, he saw a knot and marks on his head. Dyer was escorted/carried to the rear of Officer Heidelberg's car and leaned over the trunk. Officers Fyall and Scott held Dyer in place with Officer Fyall holding Dyer's head against the trunk to prevent him from hitting his head on the trunk. While Officer Fyall was holding Dyer down, Dyer was squirming around and was able to bite Officer Fyall's left ring finger causing lacerations. Officer Fyall stated he was in fear of having his finger bitten off so he delivered three strikes to Dyer's back around the same time as the bite. Dyer biting Officer Fyall's finger can be seen on the in car video as well as the strikes to Dyer's back.

Officer Fyall then moved Dyer to the opening at the backseat of Officer Heidelberg's patrol car and pushed him toward the opening. Dyer continued to resist officers so Officer Fyall drive stunned Dyer on the right outside calf to deter him from kicking officers. Instead of deterring the kicking, Dyer was able to kick Officer Fyall in the chest as he was being put into the backseat of the car.

Officers Fyall, Heidelberg, Scott and Gafford were eventually able to get Dyer into the backseat of the patrol car and hold him long enough to get leg restraints on him. Prior to being secured in the backseat of Officer Heidelberg's car, Dyer was kicking and resisting the entire time. Once inside the car, officers left without delay to get Dyer to the jail. Officer Heidelberg was being followed by Officers Scott and Gafford to the Mesquite Jail. While en route to the jail, Dyer started slamming his head against the rear seat and the metal cage. Dyer hit his head approximately 16 times on the cage and side window and about 3 times on the back of the seat causing Officer Heidelberg to stop in the 1600 Block of N. Galloway.

Officer Heidelberg pulled over to re-secure Dyer's leg restraints and try and stop Dyer from hitting his head. Once stopped, Officer Heidelberg opened the back passenger side door and held Dyer inside the car by placing his hand on Dyer's head as Dyer began kicking and flailing his body again. Dyer then attempted to exit the vehicle by placing his feet outside the car. After a few seconds, Officer Gafford took his place trying to control Dyer's upper body while Officer Heidelberg was trying to control the legs. As Dyer tried to exit the car, Officer Gafford used his Taser to drive stun Dyer on the back of his right leg/buttock area causing Dyer to kick

away from the Taser, thrusting himself toward the back driver's side door, which Officer Scott had opened. It appears on the in car camera that someone was able to grab the leg restraints and is attempting to prevent Dyer from kicking anyone. After the first tase, Dyer sat up and drew his legs in toward his body and appeared to try and kick Officer Gafford as the officer reached in the with Taser again. Officer Gafford made contact with Dyer's right leg then withdrew without activating the arc switch to avoid getting kicked. Once Dyer's legs were straightened out after the kick, Officer Gafford delivered a second drive stun to Dyer's right hamstring/buttock area causing Dyer to draw his legs up again then straighten them out. While Dyer's legs were extended this time, Officer Gafford reached in to drive stun Dyer again and it appeared someone was attempting to control Dyer's legs as a third drive stun was delivered. This time contact appeared, on the in-car camera, to be made with Dyer's upper, inner right leg or crotch area. As Officer Gafford administered the third drive stun, Officer Scott was able to gain control of Dyer's hair/head to prevent him from sitting up and hitting Officer Gafford with his head. While this tase was being administered, Dyer was screaming but once the arc button was released, Dyer calmed momentarily which allowed officers time to re-secure his legs back in the floorboard. Once the passenger side back door is closed, Officer Scott released Dyer who started yelling and started hitting his head again. Dyer's entire trip to the jail was recorded on the in car video system.

Once Dyer arrived at the jail, detention officers and other police officers removed him from the car and laid him on the ground in the sally port. While on the ground, Dyer reportedly lifted his head and shoulders as he had been doing at the school prior to slamming him head into the ground. Officers recognized what Dyer was about to do and quickly took control of his head preventing him from further injuring himself. Dyer was in the sally port for several minutes while Sgt. Caldwell and the assisting police and detention officers formulated a plan to transport and restrain Dyer. Dyer was then carried to the restraint chair which had been moved to the front of the male padded cell. While officers and detention officers tried to place him in the chair and secure him, he continued screaming, kicking, throwing his body around and began spitting. At one point, he spit in Officer McCloud's face while Officer McCloud was leaned over attempting to secure straps on the restraint chair. Officer McCloud delivered a short jab to Dyer's chin and ordered him to stop spitting and he stopped until he was secured and placed inside the cell.

Dyer was placed in the cell at 2313 hours and Sgt. Caldwell made physical checks on him at 0008 hours, 0032 hours, 0051 hours and 0130 hours. On this last visit Dyer's breathing appeared labored according to Sgt. Caldwell so Mesquite FD paramedics were called and arrived at 0141 hours and made the decision to transport him to Baylor Hospital.

Detectives Corder, Davenport and Kelly arrived at the station and began their investigation with me, Detective Corder, leading the investigation. Detective Davenport interviewed the jail staff and inmates that were in custody during Dyer's stay at the jail. Detectives Kelly and I drove to Ms. Martin's house and interviewed her.

Ms. Martin told me that she called because she heard Dyer screaming and saw him running and rolling through both the grass and driveway at Wilkinson Middle School. She said at one point Dyer took off running toward the building near the 8th grade hallway exterior doors. The doors are set back in the building and could not be seen from Ms. Martin's vantage point. Ms. Martin

said shortly after she lost sight of Dyer she heard a loud "thud" as if he had run into or hit something.

After leaving Ms. Martin, I called Sgt. Jeff Smith who was on scene at Wilkinson Middle School and passed on that information. He then went to the 8th grade hallway exterior doors and located wet smears of what looked like a mixture of sweat, water and blood on the glass portion of the door. DNA swabs were taken from the door upon its discovery.

Officers at the hospital were notified by Dr. Petry shortly before noon that Dyer was bleeding from his brain and would be brain dead by the end of the night. The staff at Baylor Hospital was asked to contact me if Dyer either recovered or died. A call was also made to the Dallas County Medical Examiner's Office asking them to notify me in case of Dyer's death.

After Carpenter was released from jail Detectives Don Phillips and Meek contacted him at 2115 Lee Street and asked him to come back to the station where I interviewed him. He told me that a friend of theirs named Ben had provided LSD, which they had each taken four hits of. Carpenter also informed me that his cousin Halie McDonald and her boyfriend Tyler Wilson were with them as the five of them walked to Sonic at Galloway and Poteet. Carpenter said he saw Dyer fall three to four times and hit his head and that his behavior had become very erratic. Once the group crossed to the north side of Hwy 80 on Galloway they decided they needed turn around and go home for Dyer's safety because he had begun running into the road in front of cars.

Later the same day, both McDonald and Wilson were contacted at 2115 Lee Street and had the same story and said they also saw Dyer falling and running all over the place. They also said Dyer had taken four hits of LSD prior to leaving the house on Lee Street.

On August 14, 2013 at 0146 hours I received a call from Heather at the Dallas County Medical Examiner's office notifying me that Dyer had died. He was pronounced dead at 2300 hours on August 13, 2013 by Dr. Fry and the autopsy was pending due to the fact he is an organ donor.

On August 16, 2013, I met with Mr. Hevron of the Mesquite ISD and he provided CCTV footage from Wilkinson Middle School which I viewed. The video shows Dyer and four other people walking around the school property. It also shows Dyer running all over the place, rolling in the driveway and at one point he is tackled to the ground by one of his friends near the tennis courts. The video also shows Officer Gafford's initial contact with Dyer and his arrest as well as being evaluated by Mesquite Fire Department paramedics.

On Saturday, August 17, 2013 Detective Don Phillips and I attended Dyer's autopsy. Dr. Quinton performed the procedure and noted there was significant bruising all over the scalp. There were no skull fractures present; however, there was significant internal brain bleeding. Dr. Quinton dissected Dyer's neck, wrists, feet and testicles looking for any signs of physical abuse caused by the in-custody agency/agents. After these procedures were completed, Dr. Quinton told us everything looked normal and consistent with the events reported to him. The cause of death is pending.

On Monday, August 19, 2013 I met with several members of the Mesquite Fire Department. While at Station 5, I was talking to Paramedic J. Baker who told me Firefighter J. Herb saw Dyer and the other subjects near Station 5 prior to Ambulance 5's call for service on Dyer. I then met with J. Herb at Station 6 and he confirmed he was on duty and was outside at Station 5 on August 12, 2013 prior to Ambulance 5's call on Dyer. Herb told me he watched Dyer running past the fire station and darting into the roadway. He also told me one of Dyer's friends grabbed him and pulled him out of the street after nearly getting hit by a car. The friend held him for a short time until he appeared to get him under control and the group walked south toward Hwy 80 from Station 5.

Ben was later identified as Benjamin Stowater and he came to the station and was interviewed on August 20, 2013. He confirmed Dyer had fallen several times on the way to Sonic and one of the times he had fallen head first into a guard rail at Galloway and Hwy 80. When I asked any questions about drugs or who brought the drugs to the party he responded "I don't want to answer that question".

Detectives Don Phillips, Meek and I drove back to 2115 Lee Street on August 22, 2013 and spoke with Tyler Wilson and Halie McDonald again. We requested they come to the police station so their statements could be both audio and video recorded. Both agreed and rode with us back to the station. I interviewed Tyler Wilson in room 4033 and he once again told me Ben had provided the LSD to everyone and said he watched Stowater pull the plastic baggie out of his wallet which contained several pieces of paper that had drops of LSD on them. Wilson told me Ben tore four squares off for Dyer, Carpenter and himself. Stowater gave one to Wilson and told him if that wasn't enough he would give him another one. He again told me that during the trip to Sonic he grabbed Dyer out of the road once and pulled him to the ground another time to prevent him from running into the roadway on Galloway. He said he didn't believe he had hit the ground that hard but did think he had struck his head on the ground. I had Wilson provide another written statement documenting his interaction with Stowater.

After speaking with Wilson I talked to McDonald who told me she had not been completely honest during the first interview because she didn't want her mother to know she had been with Dyer, Stowater and Carpenter. She told me that after Stowater arrived at the house on Lee Street, she was called back to Dyer's room and shown the LSD. She said Stowater pulled it out of his wallet and it was contained in a small baggie. The LSD had been dropped onto small pieces of paper and she said there were about three sheets with multiple drops on each sheet. Stowater told her he sells the drug to friends of his and he also told her he sells for the main supplier but wouldn't say who that person was.

While the group was walking to Sonic, McDonald said Dyer started running around and darting into traffic and when they would tell him to stop he was say "Oh shit, my bad" then take off running again. Once the group was north of Hwy 80 on Galloway and on the way back to Lee Street, McDonald said Dyer jumped into Stowater's arms as if he was going to cradle him like a small child and then Stowater dropped Dyer on his back. When Dyer hit the ground, McDonald said he hit the back of his head on a curb on the northwest side of intersection of Galloway and the north service road of Hwy 80 in front of the Texaco station. According to McDonald, Dyer

laid there about 15 minutes with his eyes closed then yelled out "Oh shit, my bad" and jumped up and started running south on Galloway.

After crossing the service road, Dyer jumped the guard rail and started down the embankment toward Hwy 80. He turned around and ran back up the hill and once back at the top, Wilson grabbed him and pulled him over the guardrail causing him to fall and hit his head on the ground again.

At this point, both Wilson and McDonald left the group and started walking back to Lee Street. As they walked through the Wilkinson Middle School parking lot, both said they looked back in time to see Dyer running through the driveway and fall again in the parking lot then start rolling around. They continued walking back to Lee Street, with Stowater following them. While walking, McDonald said she asked Stowater why he gave Dyer so much LSD and Stowater told her Dyer wanted to have a good trip. She said as soon as the three of them got back to Lee Street, Stowater said he was never coming back here and left in his vehicle.

At this point in the investigation I called Dallas County District Attorney Jennifer Bennett and asked her about filing charges on Stowater for Dyer's death. She told me we needed to wait until the Medical Examiner's toxicology report was complete to determine what Dyer had in his system at the time of death. She indicated charges are possible on Stowater pending the Medical Examiner's findings and ruling.

Prior to completing this report, I watched the in-car video from Officer Heidelberg's car the night of the transport. I was looking specifically for the number of times Dyer hit his head while in the back of the car. From the initial contact location at 2100 Crest Park to the scene of the stop in the 1600 Block of N. Galloway, Dyer hit his head approximately 19 times on the metal cage, side window and back seat. After the stop, Dyer continued slamming his head into the same places approximately 27 times. Officer Heidelberg, after leaving the school, reached a top speed of 57 mph prior to stopping in the 1600 block of N. Galloway. After the stop he sped up to 73 mph to reach the jail and remove Dyer from the back of his car.