# A R T T   Affordable Realistic Tactical Training

*18th Year*
*2000 – 2018*

16705 Fagerquist Road
Del Valle, Texas  78617

512-247-2731

ARTT645@att.net
www.ARTT.us

| Jerry R. Staton |
|---|
| Police Practices Expert & Consultant |
| Compensation: |
| $100.00 per hour – case review & analysis |
| $200.00 per hour – case presentation (minimum 4 hours) |
| Payment due upon receipt of invoice |

| CASES TESTIFIED AS EXPERT: August 2013 – November 5, 2018 | PROFESSIONAL CONTACTS: |
|---|---|
| **CIVIL** (Defense)<br><br>CA No 4-11-cv-01464: Gerard Barnett vs. Christopher Slater and the City of Houston: In the United States District Court for the Southern District of Texas, Houston Division<br><br>(retained 12/23/11)<br>Opinion submitted - 03/12/12<br>Depositions held – 5/29/12 & 7/27/12<br>Settled out of court – 2/28/13 | Shani Dennis, Attorney<br>City of Houston Legal Department<br>Legal, Employment & Civil Rights<br>900 Bagby, 3rd floor<br>Houston, Texas 77002<br><br>Office - 832-393-6477<br>Fax - 832-393-6259 |
| **CIVIL** (Defense)<br><br>No. 3:11-CV-00650-B<br>Jason Dean Geils v. Don Patin<br><br>(retained 01/30/2012)<br><br>Opinion submitted - 02/02/12<br>Testified in Federal Court on 8/21/13<br><br>Jury found for plaintiff -  8/22/13 | Lance F. Wyatt<br>Law Office of Lance F. Wyatt, PLLC<br>141 Countryside Court, Suite 150<br>Southlake, Texas 76092<br><br>Office - 817-251-9220<br>Fax - 817-251-9223<br><br>lance@lfwyattlaw.com |
| **CRIMINAL** (Defense)<br><br>Cause No. 1335302, 337th District Court, Harris County, Texas<br>State of Texas v Debra Ann Norton<br><br>(contacted - 5/30/13 & retained – 9/4/13)<br><br>Testified in 337th District Court on 10/25/13<br><br>Norton found not guilty on 10/30/13. | Dr. Jocelyn Williams &<br>Attorney Eric Davis<br>Public Defender's Office<br>Harris County<br>1201 Franklin Street, 13th Floor<br>Houston, TX  77002<br><br>Office - 713-368-0016<br><br>Eric.Davis@pdo.hctx.net |

| CASES TESTIFIED AS EXPERT: | PROFESSIONAL CONTACTS: |
|---|---|
| **Civil Arbitration Hearing**<br><br>Matthew Krueger – Irving PD<br><br>Retained 10/18/13<br><br>Testified in hearing 03/21/14<br><br>Judge ruled in favor of Plaintiff | Lance F. Wyatt<br>Law Office of Lance F. Wyatt, PLLC<br>141 Countryside Court, Suite 150<br>Southlake, TX  76092<br><br>Office - 817-251-9220<br>Fax - 817-251-9223<br><br>lance@lfwyattlaw.com |
| **CIVIL** (Plaintiff)<br><br>**Darrelle Neal v. Byron Fausset**<br><br>(retained 4/16/14)<br><br>Opinion submitted 5/18/14<br><br>Deposition held 5/23/14<br><br>Trial on 8/19/2014 & Jury found for Defendant | Paul A. Robbins<br>Law Office of Paul A. Robbins<br>116 East Lufkin Avenue<br>Lufkin, TX  75902<br><br>Office - 936- 637-0800<br>Fax - 936- 637-1172<br>paul@paulrobbinslaw.com |
| **CIVIL** (Plaintiff)<br><br>Phillips v. Sorenson<br><br>Retained 07/29/14<br><br>Deposition 01/19/15<br><br>Case dismissed by Plaintiff 4/14/15 | Harley Erbe<br>Erbe Law Firm<br>2501 Grand Avenue<br>Des Moines, IA   50312<br><br>Office - 515-281-1460<br>Fax - 515-281-1474<br><br>erbelawfirm@aol.com<br>www.erbelaw.com |
| **CIVIL** (Plaintiff)<br><br>Bill Livezey case<br><br>Retained 12/1/14<br>Opinion submitted – 3/9/15<br>Deposition 4/28/2015<br><br>Motion for Summary Judgement 7/17/15 | Jimmy Negem<br>Negem & Worthington Attorneys at Law<br>440 South Vine Avenue<br>Tyler, TX  75702<br><br>Office - 903-595-4466<br><br>Jimmy@negemlaw.com |
| **CIVIL** (Plaintiff)<br><br>Bennett vs. Spencer et al<br><br>Retained 5/11/15<br>Opinion Submitted 5/26/15<br><br>Deposition 8/25/15 | Don Tittle, PLLC<br>Lakewood Towers, Suite 440<br>6301 Gaston Avenue<br>Dallas, TX  75214<br><br>Office - 214-522-8400<br>Fax - 214-389-1002<br><br>don@dontittlelaw.com |

| | |
|---|---|
| Case settled 9/16/15 | |
| **CASES TESTIFIED AS EXPERT:** | **PROFESSIONAL CONTACTS:** |
| **CRIMINAL** (Defense)<br><br>Texas vs. Trey Kleinert<br><br>Retained 11/25/14<br><br>Testified 10/2/15<br><br>Motion to dismiss granted 10/29/15 | Law Office of Randy Leavitt<br>Randy Leavitt<br>1301 Rio Grande<br>Austin, TX 78701<br>Office - 512-476-4475<br>randy@randyleavitt.com<br><br>Eric J.R. Nichols, Partner<br>Beck \| Redden<br>515 Congress Avenue, Suite 1750<br>Austin, TX 78701<br>Office - 512-708-1000 ext. 6401<br>enichols@beckredden.com<br><br>Nadia Stewart, Staff Attorney<br>CLEAT<br>400 West 14th Street, Suite 200<br>Austin, TX 78701<br>Office - 512-495-9111<br><br>Nadia.stewart@cleat.org |
| **CIVIL** (Defense)<br><br>Bradley Jones v. Harless et al.<br><br>Retained 1/23/14<br><br>Testified in jury trial 2/25/16 – Verdict in favor of Defense | Jeffrey R. Singer<br>Law Offices of Jeffrey R. Singer, P.C.<br>77 Sugar Creek Center Blvd., Suite 565<br>Sugar Land, TX  77478<br><br>Office - 281-565-4242<br>Fax - 281-565-4448<br>jsinger@triallawyers.net |
| **CIVIL** (Plaintiff)<br><br>Brandon Edwards v. City of Bossier City et al; Civil Action No. 5:15-cv-1822; In the United States District Court for the Western District of Louisiana, Shreveport Division;<br><br>Retained 6/25/15<br>Opinion Submitted 2/15/16<br>Deposition taken 3/1/16<br>2nd Deposition taken 8/22/16<br>Case settled | Pamela R. Jones<br>Downer, Jones, Marino & Wilhite, L. L. C.<br>401 Market Street, Suite 1250<br>Shreveport, LA  71101<br><br>Office – 318-213-4444<br>Fax – 318-213-4445<br><br>pjones@dhw-law.com |
| **CIVIL** (Defense)<br><br>Myra Brown v. EBRSO<br><br>Retained 11/11/15<br>Opinion submitted 1/12/16<br>Deposition taken 4/21/16 | Catherine St. Pierre<br>Erlingson Banks, P.L.L.C.<br>One American Place<br>301 Main Street, Suite 2110<br>Baton Rouge, LA  70825<br><br>Office – 225-218-4446 |

| | |
|---|---|
| Case settled 10/25/16 | cstpierre@erlingsonbanks.com |
| **CASES TESTIFIED AS EXPERT:** | **PROFESSIONAL CONTACTS:** |
| **CIVIL** (Plaintiff)<br><br>David & Amber Berger v. Spokane County Washington, et al.<br><br>Retained 4/12/16<br><br>Preliminary opinion submitted 5/27/16<br><br>Opinion submitted 6/23/16<br>Deposition taken 7/26/16<br>Affidavit submitted 9/12/16<br>Testified 6/21/17<br>Jury found for Defense 6/23/17 | Karen L. Unger, P.S.<br>332 East 5th, Suite 100<br>Port Angeles, WA 98362<br><br>Office – 360-452-7688<br><br>karenlunger@gmail.com |
| **CIVIL** (Plaintiff)<br><br>Helm v. Rainbow City<br><br>Retained 7/7/16<br>Opinion submitted 7/14/16<br>Deposition taken 9/7/16 | H. Gregory Harp<br>GREGORY HARP LLC<br>459 Main Street Ste. 101-266<br>Trussville, AL  35173<br><br>Office – 205-544-3132<br><br>gh@gregoryharplaw.com |
| **CIVIL** (Plaintiff)<br><br>Estate of Clinton Allen v. City of Dallas and Clark Staller  CIVIL ACTION NO. 3:13-CV-4231<br><br>Retained 4/24/16<br><br>Opinion Submitted 8/29/16<br>Deposition taken 9/22/16<br>Supplemental Opinion 11/24/16<br>Testified in Federal Court 10/18/17<br>Jury found for Defense 10/20/17 | Daryl K. Washington<br>The Law Office of Daryl K. Washington, P.C.<br>325 N. St. Paul, Suite 3950<br>Dallas, TX  75201<br><br>Office - 214-880-4883<br>dwashington@dwashlawfirm.com |
| **CRIMINAL** (Defense)<br><br>State of Texas v. Dana McDonald<br><br>Retained 12/15/14<br><br>Certified in Kelly Hearing – 9/28/16<br>Testified on 9/28 & 29/16<br>Defendant found not guilty – 9/29/16 | Eric J. Davis<br>Harris County Public Defender's Office<br>1201 Franklin Street, 13th Floor<br>Houston, TX  77002<br><br>Office - 713-368-0016<br>Eric.Davis@pdo.hctx.net |
| **Arbitration**<br><br>Ulysses Bautista – McAllen PD<br><br>Retained 8/5/16<br>Testified 11/11/16 | David Willis<br>1534 E. 6th Street, Ste. 201<br>Brownsville, Texas 78520<br><br>Office - 956-986-2525 |

| | |
|---|---|
| Judge ruled in favor of the city | dwillis@davidwillispc.com |
| **CASES TESTIFIED AS EXPERT:** | **PROFESSIONAL CONTACTS:** |
| **CRIMINAL** (Prosecution)<br><br>State of Texas vs. Lauro Pablo Valdez, Jr.<br><br>Retained – 4/20/15<br><br>Kelly Hearing held on 03/08/17 – Found qualified to serve as expert in this case.<br><br>Testified on 3/8/17<br><br>Valdez found guilty of murder | Webb & Zapata County District Attorney's Office – Isidro R. "Chilo" Alaniz, DA<br>1110 Victoria, Suite 401<br>Laredo, TX 78042<br><br>Office - 956-523-4900<br><br>Rene C. Benavides, Assistant DA<br>rcbenavides@webbcountytx.gov<br><br>pdelrio@webbcountytx.gov – Philip Del Rio, Investigator |
| **CIVIL** (Plaintiff)<br><br>Estate of Marquise Jones v. City of San Antonio, TX & Robert Encina, et al CIVIL ACTION NO. 5:14-CV-328<br><br>Retained 4/24/16<br><br>Opinion submitted 5/20/16<br><br>Affidavit submitted 11/10/16<br><br>Testified 3/29 & 30/2017<br><br>Jury found in favor of Defense 4/5/17 | Daryl K. Washington<br>The Law Office of Daryl K. Washington, P.C.<br>325 N. St. Paul, Suite 3950<br>Dallas, TX 75201<br><br>Office - 214-880-4883<br><br>dwashington@dwashlawfirm.com |
| **CIVIL** (Plaintiff)<br><br>Sandra Harper v. City of Dallas, et al<br>3:14-CV-02647-P<br><br>Retained 3/4/17<br><br>Opinion submitted 3/26/17<br><br>Deposition taken 6/9/17<br><br>Supplemental opinion 8/14/17 | Daryl K. Washington<br>The Law Office of Daryl K. Washington, P.C.<br>325 N. St. Paul, Suite 3950<br>Dallas, TX 75201<br><br>Office - 214-880-4883<br><br>dwashington@dwashlawfirm.com |
| **Arbitration**<br><br>Sgt. Raul Gonzalez vs. City of Eagle Pass, TX<br><br>Retained 7/12/17<br><br>Testified 10/17/17 | Morris E. Munoz<br>Staff Attorney<br>C.L.E.A.T.<br>1939 N.E. Loop 410, Suite 210<br>San Antonio, TX 78217<br><br>210-663-1334 |

| | |
|---|---|
| Arbitrator Upheld Termination 5/7/18 | Morris.Munoz@CLEAT.org |
| **CASES TESTIFIED AS EXPERT:** | **PROFESSIONAL CONTACTS:** |
| **CRIMINAL** (Defense)<br><br>State of Texas v. Ulysses Bautista<br><br>Retained 1/25/17<br><br>Testified 1/11/18<br><br>Bautista found guilty 1/12/18 | Gregory B. Cagle<br>Attorney at Law, P.C.<br>1602 B State Street<br>Houston, TX  77007<br><br>Office - 713-489-4789<br>gcagle@tmpalawyer.com |
| **CRIMINAL** (Defense)<br><br>State of Texas v. George Neville<br><br>Retained 3/16/18<br><br>Testified 6/7/18<br><br>Neville found guilty 6/7/18 | William W. Johnston<br>Attorney at Law<br>400 Austin Ave, Suite 104<br>Waco, TX 76701<br><br>Office – 254-732-2255<br><br>Billjohnstonlawoffice@gmail.com |
| **CRIMINAL** (Defense)<br><br>State of Texas vs. Gerardo Garduno<br><br>Retained 7/9/18<br><br>Testified 8/31/18<br><br>Found not guilty 8/31/18 | Tom Pappas<br>Burleson, Pate & Gibson, LLP<br>Founders Square 900 Jackson St., Suite 330<br>Dallas, Texas 75202<br><br>(214) 871-4900<br><br>tpappas@bp-g.com |
| **CRIMINAL** (Defense)<br><br>Texas v. Rodrigo Ruiz<br><br>Retained 1/4/18<br><br>Testified before grand jury 10/10/18 | Ana De La Rosa, Assistant District Attorney<br>Webb County District Attorney's Office<br>1110 Victoria, Suite 401<br>Laredo, TX  78040<br><br>adelarosa@webbcountytx.gov<br><br>956-523-4914 |
| **CRIMINAL** (Defense)<br><br>Alanis v. City of Brownsville et al.<br><br>Retained 5/15/17<br><br>Opinion submitted 5/24/17<br><br>Affidavit submitted 11/6/17<br><br>Deposition provided 11/2/18 | Barry R. Benton<br>284 Ebony Avenue<br>Brownsville, Texas 78520<br><br>Office - 956-546-9900<br><br>brbenton@brbentonlaw.com |