# Affordable Realistic Tactical Training

16705 Fagerquist Road  -  Del Valle, Texas  78617
512-247-2731 – office
ARTT645@att.net  ✦  www.ARTT.us

## Jerry R. Staton
Curriculum Vitae
Updated – 11/12/16

**PRESENT POSITON:**

2000 to Present
Owner, Training Director, Instructor & Expert Witness
**Affordable Realistic Tactical Training**

**EXPERIENCE:**

1975 – 2000 Austin Police Department
Austin, Texas

12 Years – Uniform Patrol
4 Years –Training Coordinator ERT (Emergency Response Team)
8 Years – Full Time S.W.A.T. Team (Entry Team)
2 Years – Investigative Units
3 Years – Training Division, Tactical Training Cadre
Accumulated 2,700+ hours of T.C.L.E.O.S.E. recognized training

Master TASER® Instructor from 2000 to 2005
Senior Master TASER® Instructor from 2005 to present
Adjunct Instructor for ALERRT - from 2003 to 2006
In-Custody Death Specialist - since 2006
TMLIRP Contract Instructor - since 2008
TMPA Contract Instructor – since 2009
Certified Litigation Specialist – AELE - since 2008
Forensic Analyst – since 2009
ESD #11 Fire Commissioner, Travis County, Texas – since 2010
Force Science Analyst -  since 2011
TASER Training Board Member – 2011 - 2014
Panel member - UOF & Lawsuit Survival – ILEETA Conference – 2014
Panel member – Current issues of Law Enforcement UOF – 2015 & 2016
Austin/Travis County ESD Advisory Board Member - 2016

**PROFESSIONAL & INSTRUCTOR CERTIFICATES:**

Texas Commission on Law Enforcement Officer Standards and Education (T.C.L.E.O.S.E.)
        Basic T.C.L.E.O.S.E.              1975
        Promoted to Patrolman              1975
        Promoted to Senior Patrolman       1977
        High Performance Vehicle Operations 1977

| | |
|---|---|
| Felony Apprehension | 1979 |
| Intermediate T.C.L.E.O.S.E. | 1979 |
| Crime Scene Search | 1980 |
| First Line Supervisor | 1980 |
| Promoted to Sergeant | 1980 |
| Advanced T.C.L.E.O.S.E. | 1981 |
| Officer Survival | 1982 |
| Robbery Alarm & High Risk Tactics | 1985 |
| Civil Liabilities for Police Supervisors | 1986 |
| Undercover Operatives | 1990 |
| Narcotics Interdiction | 1990 |
| Basic SWAT | 1990 |
| Tactical Operations | 1992 |
| Rappel Master | 1994 |
| Underwater Search & Recovery | 1994 |
| Combat Lifesaving Skills | 1994 |
| Waterborne Operations | 1995 |
| Master T.C.L.E.O.S.E. | 1996 |
| Basic Instructor Certification | 1996 |
| Survival Awareness Course | 1996 |
| Tactical Operations | 1996 |
| Law Enforcement Firearms Instructor | 1998 |
| Close Quarter Battle Instructor | 1998 |
| Advanced Survival Firearms Instructor | 1998 |
| High Risk Incidents / Tactical Survival | 1998 |
| Combat Pistol / Shotgun | 1999 |
| Advanced SWAT Operations | 1999 |
| Advanced CQB Instructor | 1999 |
| TASER® Instructor | 1999 |
| ASP Instructor | 2000 |
| Firearms Instructor | 2000 |
| Centurion Control Stick Instructor | 2000 |
| Master TASER® Instructor | 2000 |
| Concealed Handgun Instructor | 2001 |
| Israeli Point Shooting, Anti-Terrorist | 2002 |
| C.A.R. System Basic Instructor | 2003 |
| Rapid Response to Active Shooter Instructor | 2004 |
| Senior Master TASER® Instructor | 2005 |
| Advanced Hostage Rescue | 2005 |
| IPICD, Inc. Instructor | 2005 |
| TASER® Armorer | 2005 |
| In-Custody Death Specialist (IPICD) | 2006 |
| Counterpredatorism Instructor (CPT) | 2008 |
| Forensic Analyst | 2009 |
| Expert Witness – Choking & Strangulation | 2009 |
| Canadian Centre for the Prevention of ICD | 2009 |
| Free Standing Take Down Instructor | 2010 |
| Force Science Analyst | 2011 |

| | |
|---|---|
| ECW TASER Legal Issues & Litigation | 2012 |
| Carotid-Bi-Lateral Vascular Restraint | 2013 |
| Shots Fired, Suspect Down, What Next | 2014 |
| Critical Combative Concepts | 2014 |
| ECDs for Cell Extraction | 2014 |
| Instructor Development for 21st Century | 2014 |
| Assessing the Outcome of Prone Restraint | 2014 |
| Legal, Medical & Scientific Constraints on Human Restraints | 2014 |
| Excited Delirium & Agitated Chaotic Events Instructor Requalification 5.1e | 2014 |
| Anatomy of Force Incidents | 2015 |
| One Breath: The Importance of Recognizing Agonal & Other Breathing Problems | 2015 |
| Total Appendage Restraint Instructor | 2015 |

**TRAINED BY:**

Texas Department of Public Safety
Texas Tactical Police Officers Association
Joint Task Force -6
United States Air Force
Israeli Anti-terrorist Specialists
United States Marine Corps (Chief CQB Instructor)
Texas National Guard (Counter-drug Special Ops)
Institute for the Prevention of ICD
Canadian Centre for the Prevention of ICD
Warren Consulting
Force Science Institute
Calibre Press

Federal Bureau of Investigation
National Tactical Officers Association
Texas Transportation Institute (pursuit driving)
United States Navy Seals
United States Army Special Forces
TASER International
AELE
Armor Group International Training, Inc.
Institute for LE Administration
USA AIKI Jujitsu
Public Agency Training Council

**EDUCATION:**
Associate in Arts Degree (AA)
Austin Community College 1979
Austin, Texas

**MILITARY EXPERIENCE:**
Navy of the USA 1968 – 1971
Honorable Discharge - Rank/Assignment E-5

**PROFESSIONAL ACTIVITIES:**
Senior Master TASER® Instructor
Excited Delirium & Arrest Related Death Specialist
Force Science Analyst
Advanced Survival Firearms Instructor (Pistol, Shotgun & Rifle)
TMLIRP Contract Trainer – UOF, Excited Delirium & In-custody Death classes
TMPA Contract Trainer - UOF, Excited Delirium & In-custody Death classes
CLEAT – Contract Instructor – Excited Delirium & Arrest Related Death

Senior Close Quarter Battle Instructor
Expert Witness & Consultant

**CONFERENCES ATTENDED & PRESENTED:**

| | | |
|---|---|---|
| AELE | American's for Effective Law Enf. – Lethal / Less-Lethal Force | 2007, 8, 10, 12 |
| AELE | Discipline & Internal Investigations | 2008 |
| AELE | Management, Oversight and Monitoring of Use of Force | 2013 |
| CCPICD | Canadian Centre for the Prevention of In-custody Deaths, Inc. | 2009 |
| CIT | Critical Incident Training | 2010 |
| EMS World Conf. | Co-teaching Managing Excited Delirium @ conference | 2011 |
| FSI | Force Science Institute | 2011 |
| IALEFI | International Association of L.E. Firearms Instructors | 2007, 8, 10 |
| ILEA | Institute for Law Enforcement Administration<br>Police Use of Force – Less-Lethal Weapons and In-Custody Deaths | 2008 |
| ILEETA | International Law Enforcement Educators & Trainers Association | 2004, 5, 6, 7, 8, 9,10,11,12, 13, 14, 15, 16 |
| IPICD | Institute for the Prevention of In-Custody Deaths, Inc. | 2006,7, 8,10,11, 12,13,14,15 |
| IPICD | Forensic Analyst Conference | 2009 |
| IPICD | Legal, Medical & Scientific Constraints on Human Restraints | 2014 |
| IPICD | Use-of-Force Instructor | 2010 |
| JPCA | Justice of Peace & Texas Constables Conference | 2010 |
| TASER | TASER International Conference | 2003, 4, 5, 6, 7, 8, 9, 11 |
| TASER | Master Instructor Training<br>(2010 – X26, X3, XREP, X12 & Shockwave ECD Devices Instructor, AXON on-officer audio & video recording & EVIDENCE.COM digital data management systems.) | 2005, 6, 7, 8, 9, 10, 11, 12. 13, 14 |
| Texas EMS Conf. | Co-teaching Managing Excited Delirium @ Conference | 2009, 11, 12 |
| Trauma Conf. | The history of positional asphyxia presented to North Texas Regional Advisory Council during their Trauma Conference | 2011 |

**PUBLICATIONS:**

Stretching Your Budget, Command Magazine Winter 1995
Refining the Flashpole, Command Magazine Winter 1996,
The Tactical Bus Ladder, Command Magazine Spring 1996,
So You Wanna' Build a Shooting House, Command Magazine Summer 1996
We fight the way we train, but still don't train to win the fight?, Command Magazine Fall 1999,
Foundation Repair, The Firearms Instructor, Issue 34, 2002
Training to Win, Advanced Law Enforcement Rapid Response Training Manual
Critical Issues for Training Today's Warrior - W.I.N. - Pages 33 - 37 - Sept. 2007

<u>A TASER Policy That Works</u> – Law & Order – Pages 93 – 97 – March, 2008
<u>When is using a TASER Reasonable Force?</u> Spartan Cops, June 21, 2010
<u>Effectively managing a suspect with excited delirium requires training</u> – PoliceOne.com – 10/29/10
<u>The Forensic Force Series: Psychophysiological Responses to TASER – ECD Influence</u> – Law Enforcement Executive Forum – October, 2010, Pages 101 – 112.

## ASSOCIATIONS:

Charter Member - International Law Enforcement Educators & Trainers Association (ILEETA)
International Association of Law Enforcement Firearms Instructors, Inc. (IALEFI)

| | |
|---|---|
| Texas Rifle Association | Texas Tactical Police Officers Association |
| American's for Effective Law Enforcement | National Tactical Officers Association |
| Capital Area Law Enforcement Association | Retired Austin Police Officers Association |

## TRAINING INSTITUTIONS:

Texas Department of Public Safety, Federal Bureau of Investigation, Texas Tactical Police Officers Assn., National Tactical Officers Assn., Joint Task Force-6, Texas Transportation Institute, United States Air Force, United States Navy Seals, Texas National Guard (Counter-drug Special Ops Detachment), US Marine Corps (CQB Instructor), Israeli Anti-terrorist Specialists, US Army Special Forces (Delta), Institute for the Prevention of In-Custody Deaths, AELE Law Enforcement Legal Center Offshoots Training Institute, Sabre Tactical, International Tactical Training Academy, Blackwater Training Lodge, Combat Shooting & Tactics, T.E.A.M International, ISI Training Center, TASER International, Facilitators International, Delaware Protective Services Academy, Warren Consulting, USA AIKI Jujitsu, Force Science Institute Analyst & Carotid – Bi-Lateral Vascular Restraint.

## EXPERT QUALIFICATION CATEGORIES:
Policies, practices and customs; Batons, flashlights and impact weapons, chemical irritants & electrical weapons; Deadly force; shooting avoidance and alternatives; Insufficient or inadequate training; Defensive tactics and combative skills; Positional and restraint asphyxia; Prisoner transport, handcuffing and total appendage restraint procedures; SWAT techniques, hostage & barricade situations; TASER® M26, X26, X26P, X2, X3, X12, XREP, X26c, C2, AXON Flex, and Shockwave; and Excited Delirium & In-Custody Deaths.

**POLICE EXPERIENCE:**

The first five years with Austin Police Department were spent in a marked unit responding to calls for assistance and doing general patrol work. Rotating shifts every 28 days gave me an exposure to a variety of police experiences. Upon making Sergeant Investigator (later called Detective) in 1980, at the request of the shift Captain, I remained with the same patrol shift as a street detective. Working in plain clothes and with citywide jurisdiction, I became involved in special projects often forming a task force to respond to specific problems (including robbery stake out teams responsible for apprehending several armed robbers). One such successful task force was started to reduce the backlog of class C warrants. While in that position, I revised the method of transferring warrant information from the Municipal Courts system to the Police Department Warrant computer system, saving thousands of person-hours per month. While working virtually unsupervised as a street detective, I received the employee of the year award in both 1986 and 1987. In addition to patrol duties during this time, I spent four years as the training coordinator for the Emergency Response Team, which supports SWAT.

In 1987, I was asked to transfer from patrol to SWAT to fill a newly created detective position. My first tour with SWAT lasted a little over a year before that position was eliminated. I then spent two years in the criminal investigations division working in property crimes. There I worked closely with the repeat offender unit that specialized in locating and apprehending career offenders. One example was when my self and another Detective organized a long-term surveillance targeting known fencing operations. This operation was highly successful in recovering thousands in stolen property and jewelry before branching off into equally successful narcotics investigations, and helping to remove several key felons from the streets of Austin, Texas.

In 1990, I was reassigned to SWAT for an additional seven years. During this time, I received a long list of special schools and training. The team dedicated one full day each week to either weapons or tactics training in addition to physical training every day. I became proficient in the use of all SWAT related weapons (except sniper rifles) in both the lethal and less-lethal fields. As a member of the entry team, I participated in an average of 20 to 25 SWAT call-ups per year. In addition, the team executed roughly twice that number of search warrants often generated by our own team members. As the only Detective on the team, I was responsible for drafting the majority of the warrants along with arrest warrants. SWAT did all entries in which the investigation revealed a hardened target or the probability for violence was high. To that end, I designed and fabricated a number of specialty tools to be used by the team for making these hard entries. I became the "go to" guy to defeat burglary bars, reinforced doors, and other hardened entry points. To adequately train for this type of activity as well as hostage rescue training, we attempted to have the department build a live fire shoot house. After being turned down repeatedly (too expensive), I took on the project and the team successfully completed the building without assistance from the city or the Police Department to become one of the first agencies in the Central Texas area to have such a facility.

While in SWAT, I was involved with teaching other potential SWAT officers as our team put on one or two Basic SWAT schools per year. When my position was once again eliminated from the team, I returned to the street for about a year. In 1999, I was voted into the SWAT Hall of Fame, an honor at that time granted to only eight other officers in the department. After less than one year on patrol, I was asked by the Commander of the Training Division to put in a

transfer to the training academy to help update and modernize the cadet and in-service training programs. This took place in 1997 and the following year the training academy logged three times the number of student hours compared with previous years. We came up with a program where officers could select from a list of classes similar to signing up for a college course. This system was well received and training became something to look forward to instead of a week of misery under the old system. I spent my last three years as a senior instructor with the learned skills unit of the training academy. In that capacity, we taught all physical skills to both cadets and in-service officers. Firearms and combative skills were my specialty along with tactics for both routine and high-risk situations. I also assisted in all use of force training.

I retired in 2000 to start my own training business. I teach firearms, combative skills, tactics, and TASER® classes to police officers, military, and select civilian clients. As Training Director of Affordable Realistic Tactical Training (A.R.T.T.), I have continued to share my knowledge and experience with officers that wish to improve their skills in the use of force area.

I have testified as an expert witness about the use of TASERs, Use of Force and Police Training in Federal District Courts, Texas, California & and Iowa District Courts. I have also served as a consultant on several civil and criminal cases in Texas, California, Illinois, Iowa, Mississippi & Virginia.

My motto is, "Failure is not an option".

## AWARDS AND COMPETITIONS:

Employee of the Year – 1986 & 1987            Certificate of Merit – 1990
APD SWAT Hall of Fame – 1999

I participated in local, regional, international police and SWAT Olympics competition in events such as obstacle course, triathlon, SWAT, karate (kumite), track and field, and toughest cop alive. I accumulated numerous gold, silver and bronze medals.

## ADDITIONAL LAW ENFORCEMENT TRAINING:

| Date | Training |
|---|---|
| 3/3/1975 | 54th Cadet Class - Austin Police Department |
| 2/14/1977 | Crime Prevention |
| 12/12/1977 | FTO |
| 9/18/1978 | FTO |
| 4/10/1979 | Night Firing |
| 9/10/1979 | Hostage Negotiation |
| 11/20/1979 | Night Firing |
| 12/10/1979 | Criminal Investigation (Basic) |
| 1/16/1980 | Interrogation Training |
| 3/5/1980 | Night Firing |
| 4/22/1980 | Search & Seizure / Report Writing / Internal Affairs |
| 4/22/1980 | Accident Investigation |
| 7/28/1980 | CPR Basic Rescuer |
| 12/2/1980 | Night Firing |
| 12/15/1980 | Crime Scene Search |
| 3/2/1981 | Special Tactics and Weapons Training |
| 5/18/1981 | New Evaluation Forms Training |
| 1/5/1982 | Night Firing |
| 2/3/1982 | Search Warrants |
| 3/23/1982 | Defensive Driving |
| 4/22/1982 | Hostage Negotiations |
| 4/23/1982 | Terrorist Weapons & Explosives |
| 4/27/1982 | Photography School |
| 5/3/1982 | Officer Survival School |
| 2/16/1983 | Baton Techniques |
| 9/13/1983 | Police Baton Training |
| 6/4/1984 | Source & Baton Training |
| 8/13/1985 | EOD & Tactical Police Driving |
| 8/29/1985 | New Legislation |
| 10/23/1985 | Firearms and New Legislation |
| 10/22/1986 | Practical Aspects of Homicide Investigations |
| 11/24/1987 | Semi Auto Pistol School |
| 3/3/1988 | Basic Rappelling |
| 7/22/1988 | Basic PR-24 Nightstick Training |
| 6/20/1989 | CIB Officer Training |
| 10/20/1990 | Basic Special Weapons & Tactics |
| 11/14/1990 | Incident Command System Exercise |
| 2/18/1992 | Vehicle and Bus Assaults |
| 5/29/1992 | Riot Training |

| Date | Course |
|---|---|
| 7/21/1992 | Distraction Devices |
| 8/12/1992 | Chemical Agents |
| 8/13/1992 | Chemical Aerosol Spray |
| 11/20/1992 | TLETS Basic Telecommunications & TCIC/NCIC Procedures |
| 10/26/1994 | Rappel Master Course |
| 11/17/1994 | Combat Medic |
| 5/3/1995 | Dive Recovery |
| 6/12/1995 | Chemical Munitions End-User |
| 12/13/1995 | TCLEOSE 1021 & Sexual Harassment |
| 8/22/1996 | TCLEOSE 3232/3939 - 1996-97 |
| 9/27/1996 | Survival Awarness Course |
| 5/5/1997 | Stinger Spike Training |
| 5/13/1997 | Mobile Field Force |
| 10/3/1997 | 4th Amendment & More. . . |
| 11/19/1997 | The Reid Technique of Interviewing & Interrogation |
| 6/12/1998 | FATS Phase I |
| 8/3/1998 | Building Search |
| 8/10/1998 | TCLEOSE 3939 |
| 8/11/1998 | TCLEOSE 3232 |
| 12/9/1998 | Problem Solving |
| 12/11/1998 | Understanding Community Policing |
| 7/16/1999 | Policing Extremist Groups & Incident Debriefing |
| 8/4/1999 | Internal Affairs / Code of Conduct |
| 8/23/1999 | Edged Weapons |
| 12/21/1999 | Mobile Field Force - Field Tactics |