# Affordable Realistic Tactical Training

16705 Fagerquist Road  -  Del Valle, Texas  78617
512-247-2731 – office
ARTT645@att.net    ★    www.ARTT.us

# Invoice

| Date | Invoice # |
|---|---|
| 3/10/2017 | 17-0103 |

**BILL TO:**
Hutchinson & Stoy, PLLC
Susan E. Hutchinson
509 Pecan Street, Suite 201
Fort Worth, TX 76102

| Terms |
|---|
| PAID |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Initial consultation fee to review and prepare opinion for Case No. 3:15-cv-02638; Kathy Dyer et al vs. City of Mesquite, Texas et al.<br><br>Federal Tax ID (EIN 20-4110593) | 1,500.00 | 1,500.00 |

PAID 3-10-17 ✓#2557

Look forward to working with you and your firm!

| **Total** | **$1,500.00** |
|---|---|

**Make payable to:  Jerry Staton - ARTT**
**Mailing address shown above.**