# Affordable Realistic Tactical Training

16705 Fagerquist Road  -  Del Valle, Texas  78617
512-247-2731
ARTT645@att.net          ★          www.ARTT.us

## Jerry R. Staton
## DBA:  Affordable Realistic Tactical Training

POLICE PRACTICES CONSULTANT / USE OF FORCE / POLICE TACTICS
MASTER INSTRUCTOR / FORCE SCIENCE ANALYST
CERTIFIED LITIGATION SPECIALIST

## FEE SCHEDULE

**INITIAL CONSULTATION: $1,500.00.**  Charged upon accepting a case for review and will be applied to the preliminary case review and assessment, research materials, fixed office costs, operating expenses, travel, travel expenses, and the initial case review preparation.  This fee is non-refundable.

**BASIC CASE REVIEW AND PREPARATION:  $100.00 per hour.**  The basic hourly fee applies to all activities associated with case review, analysis, research, preparation and production.
- Review of case documents or exhibits
- Tactical debriefings or witness interviews
- Meetings, report writing or teleconferencing
- Production of documents, exhibits or displays
- Site surveys, photography or forensic analysis

**EXPEDITED WORK – $150.00 p/h:  8 - 14 days**          **$200.00 p/h: 1 - 7 days**

**CASE PRESENTATION:   Billed at $200.00 per hour or $1,000.00 per day whichever is greater.**  This fee applies to all appearances for depositions, hearings or court trials and complies with the Federal and State rules governing expert witnesses. This fee is separate and distinct from other fees such as preparation, travel, lodging, meals, etc.

**TRAVEL:**  $100.00 per hour for actual time spent traveling to and from locations outside the Austin, TX area. Non-activity days (not including travel time) which are away from the Austin, TX area will be billed at $250.00 per day plus expenses.

**DEPOSITIONS requested by opposing counsel:  $1,000.00 or $200.00 per hour whichever is greater plus travel expenses.**  All travel related expenses will be billed at actual cost unless other arrangements are agreed to by both parties.[1]  In addition, traveling to and from the depositions outside the Austin, TX area will be billed at $100.00 per hour for actual time spent traveling.  This amount will be invoiced and paid at the <u>beginning</u> of the deposition hearing.

**STATEMENT OF ACCOUNT:**     Itemized billings (Statement of Account) will be prepared and submitted on a periodic basis consistent with the activities of the account. Payment is due upon receipt of a billing. Late charges may be assessed on overdue accounts at the rate of 1.5% interest per month on the unpaid balance. <u>Payment is the responsibility of the Client for Mr. Staton's services unless other arrangements are made at the time of retention.</u>

Revised: 07/29/2016

---

[1] Any expenses associated with depositions contested by opposing counsel to be paid by Client.