IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KATHY DYER and ROBERT DYER, § | | |
| Individually and as Representative of the § | | |
| Estate of Graham Dyer, § | | |
|     Plaintiffs, § | | |
| § | | |
| v. § | Cause No. 3:15-CV-02638-B | |
| § | | |
| ALAN GAFFORD, § | | |
|     Defendant. § | JURY DEMANDED | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the above Parties who make and file this Joint Notice of Settlement. For same, Defendant would show this Honorable Court the following:

The remaining claim in this matter is an excessive force claim asserted against Defendant Gafford pursuant to the Fourth Amendment. (*See generally*, Court's Docket.) The Parties have agreed upon a settlement which disposes of that claim as well as some – <u>but not all</u> – of the previously dismissed claims. Due to the non-standard nature (leaving some of the dismissed claims unresolved) of the settlement, counsel for the Parties respectfully request a period of 30 days to submit appropriate dismissal papers and any proposed judgment to the Court. Counsel for the Parties further respectfully suggest to the Court that the Feb. 11th trial setting and the current Amended Scheduling Order (Court's docket #97) may now be rescinded.

Respectfully submitted,

By:   /s/ Joe C. Tooley
    **Joe C. Tooley**
    State Bar No. 20129750
510 Turtle Cove, Suite 112
Rockwall, Texas 75087
(972) 722-1058

(972) 722-1070 (Facsimile)
ATTORNEY FOR DEFENDANT GAFFORD


/s/ Susan E. Hutchison (by permission)
State Bar No. 10354100
schservice@hsjustice.com
HUTCHISON & STOY, PLLC
505 Pecan St., Suite 101
Fort Worth, TX   76102
(817) 820-0100
(817) 820-0111 (Facsimile)
ATTORNEYS FOR PLAINTIFFS


## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure [as supplemented by the EDF Orders of the Northern District of Texas], on this 07th day of January, 2019.


    /s/ Joe C. Tooley_____