UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KATHRYN DYER and ROBERT DYER Individually and as representatives of the Estate of Graham Dyer,<br><br>Plaintiffs,<br><br>v.<br><br>JACK FYALL, RICHARD HOUSTON, ALAN GAFFORD, ZACHARY SCOTT, WILLIAM HEIDELBURG, and BILL HEDGPETH,<br><br>Defendants. | § § § § § § § § § § § § § § § CIVIL ACTION NO. 3:15-CV-2638-B |

### FINAL JUDGMENT

The parties have settled the remaining use-of-force claim against Defendant Alan Gafford and the previously dismissed use-of-force claims against the other Defendants. Doc. 107, Joint Stipulation of Dismissal. The parties have not settled Plaintiffs' medical-inattention claims and failure-to-properly-restrain claims; but, those claims were dismissed in the Court's Memorandum Opinion and Order on the Defendants' motion for summary judgment (Doc. 84). Thus, all claims have been resolved, and it is therefore **ORDERED, ADJUDGED**, and **DECREED** that Plaintiffs take nothing by their suit against Defendants and that this suit be, and it is hereby, **DISMISSED**. **SO ORDERED**.

SIGNED: February 8, 2019.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE