IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **Kathy Dyer and Robert Dyer** § | | |
| **Individually and as** § | | |
| **Representative of the Estate of** § | | |
| **Graham Dyer** § | | |
| § | | |
|     **Plaintiffs** § | | Civil Action No. |
| § | | |
| VS. § | | 3:15-cv-02638-B |
| § | | |
| **City of Mesquite, Texas; Jack Fyall; Richard** § | | |
| **Houston; Alan Gafford; Zachary Scott;** § | | |
| **William Heidelburg; Paul Polish;** § | | |
| **Joe Baker; Bill Hedgpeth** § | | |
| § | | |
|     **Defendants** § | | |

**PLAINTIFF'S NOTICE OF APPEAL
TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

Notice is hereby given to Defendants City of Mesquite, Texas; Jack Fyall, Richard Houston, Alan Gafford, Zachary Scott, William Heidelburg, Paul Polish, Joe Baker and Bill Hedgpeth that Kathy Dyer and Robert Dyer Individually and as Representative of the Estate of Graham Dyer, Plaintiffs in the above named case, appeals to the United States Court of Appeals for the Fifth Circuit.  Plaintiffs appeal the Order in favor of Defendants Paramedics Baker and Polish dated January 12, 2017 (Document 57) and further appeals the Order in favor of Defendants Fyall, Houston, Gafford, Scott, and Heidelburg for the claims of failure to obtain/provide medical care and claims asserted that encompass failure to protect/restrain dated June 6, 2018 (Document 84).

March 8, 2019.

        Respectfully submitted,

        s/Susan E. Hutchison
        Texas Bar No. 10354100
        sehservice@hsjustice.com

        James Robert Hudson, Jr.
        Texas Bar No. 24094736
        jr@hsjustice.com

        HUTCHISON & STOY, PLLC
        505 Pecan St., Ste. 101
        Fort Worth, Texas 76102
        817-820-0100
        Fax 817.820.0111

        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(d), on this day, Plaintiff's attorneys served Plaintiff's Notice of Appeal to the following attorney, via electronic filing system.

Joe C. Tooley
510 Turtle Cove, Suite 112
Rockwall, Texas 75087

Signed this 8th day of March 2019.

        s/Susan E. Hutchison
        Susan E. Hutchison