# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 19-10280

_____

D.C. Docket No. 3:15-CV-2638

United States Court of Appeals
Fifth Circuit
**FILED**
July 6, 2020
Lyle W. Cayce
Clerk

KATHY DYER; ROBERT DYER, Individually and as Representative of the Estate of Graham Dyer,

      Plaintiffs - Appellants

v.

RICHARD HOUSTON; ALAN GAFFORD; ZACHARY SCOTT; WILLIAM HEIDELBURG; PAUL POLISH; JOE BAKER,

      Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Texas

Before OWEN, Chief Judge, and BARKSDALE and DUNCAN, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed in part and reversed in part, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party to bear its own costs on appeal.



Certified as a true copy and issued

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 28, 2020

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 19-10280    Kathy Dyer, et al v. City of Mesquite Texas, et al
                             USDC No. 3:15-CV-2638

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Renee S. McDonough, Deputy Clerk
                                        504-310-7673

cc:
    Mr. James Robert Hudson
    Mrs. Susan E. Hutchison
    Mr. Joe C. Tooley