IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| KATHY DYER AND ROBERT DYER INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF GRAHAM DYER | § § § § § | |
|---|---|---|
| Plaintiffs | § § | Civil Action No. |
| VS. | § § | 3:15-CV-02638B |
| ALAN GAFFORD; ZACHARY SCOTT; WILLIAM HEIDELBURG | § § § § | |
| Defendants | § | |

PLAINTIFF'S EXHIBIT LIST

| No. | Description | Expect to Offer | May Offer | Agreed/Pre-Admitted | Objection | Admitted | Denied |
|---|---|---|---|---|---|---|---|
| 1. | Arrest Report 8/13/13 D 4-26 | X | | | | | |
| 2. | Jail Medical Evaluation Form D 14 | X | | | | | |
| 3. | Investigative Summary D 27-40 | X | | | | | |
| 4. | Heidelberg dash-cam video | X | | | | | |
| 5. | Scott Dash-cam video | X | | | | | |
| 6. | Video from school camera of incident | X | | | | | |
| 7. | Video of Scott- bodycam video | X | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8. | Video of Sally Port | X | | | | | |
| 9. | Video of Book-In Area | X | | | | | |
| 10. | Video of Corridor | X | | | | | |
| 11. | Video of Graham in padded cell | X | | | | | |
| 12. | Welfare Checks Video | X | | | | | |
| 13. | Autopsy-Forensic Report | X | | | | | |
| 14. | Mesquite Police Investigate Death Press Release 8/16/13 D 41 | X | | | | | |
| 15. | Gafford Affidavit 8/14/13 D 88-95 | X | | | | | |
| 16. | Heidelberg Affidavit 8/14/13 D 99-106 | X | | | | | |
| 17. | Scott Affidavit 8/14/13 D 109-114 | X | | | | | |
| 18. | Fyall Dash-Cam Video | | X | | | | |
| 19. | Houston Dash-Cam Video | | X | | | | |
| 20. | Video of Outside Male Padded Cell | | X | | | | |
| 21. | Carpenter Affidavits in Fact 8/14/13 D 165-170 | | X | | | | |

| 22. | Baylor Medical Records | | X | | | | |
|---|---|---|---|---|---|---|---|
| 23. | Picture of Graham P 9 | | X | | | | |
| 24. | Picture of Dyer Family P 10 | | X | | | | |
| 25. | Picture of Graham P 11 | | X | | | | |

Respectfully submitted,

s/Susan E. Hutchison
Susan E. Hutchison
Texas Bar No. 10354100
sehservice@fightsforright.com

HUTCHISON & FOREMAN, PLLC
505 Pecan St., Ste. 102
Fort Worth, Texas 76102
Phone:  817.336.5533
Fax:  817.887.5471

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

This is to certify that on this July 16, 2021, a true and correct copy of the above and foregoing document was served on the following attorney of record via ECF filing:

Joe C. Tooley
510 Turtle Cove, Ste. 112
Rockwall, TX  75087

s/Susan E. Hutchison
Susan E. Hutchison