UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KATHY DYER and ROBERT DYER, *Individually and as representatives of the Estate of Graham Dyer,* | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:15-CV-2638-B |
| ALAN GAFFORD, ZACHARY SCOTT, and WILLIAM HEIDELBURG, | § § § § | |
| Defendants. | § | |

# FINAL JUDGMENT

On July 29, 2021, a jury found for Defendants on Plaintiffs' Fourteenth Amendment claim. *See* Doc. 163, Jury Charge, 13; Doc. 164, Jury Verdict. Accordingly, this claim is hereby **DISMISSED** with prejudice.

Because all live claims in this matter have been resolved, the Clerk is directed to close this case.

SO ORDERED.

SIGNED: August 2, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE